IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

───────────────

No. 97-20664
Summary Calendar

───────────────

BOBBY BROWN,

Plaintiff,

EARNEST BRISHUN LOVE,

Movant-Appellant,

versus

GEORGE J. BETO, Dr.; ET AL.,

Defendants,

GEORGE J. BETO, Dr.;
C.L. MCADAMS; BOBBY LEE TAYLOR,

Defendants-Appellees.

─────────────────────────────────────────────

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-69-CV-74

─────────────────────────────────────────────

July 16, 1999

Before POLITZ, JOLLY, and WIENER, Circuit Judges

PER CURIAM:[*]

Earnest Brishun Love, Texas state prisoner #584043, appeals the denial of

his motion for enforcement of a consent decree and for civil contempt, contending

───────────────

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that prison officials are denying him the right to freely practice his religion. Our review of the record discloses no reversible error. Love has failed to show that the district court's denial of his motion was an abuse of discretion.[2] Accordingly, the judgment of the district court is AFFIRMED.

---

[2]See **Martin v. Trinity Indus., Inc.**, 959 F.2d 45, 47 (5th Cir. 1992); **Piggly Wiggly Clarksville, Inc. v. Mrs. Baird's Bakeries**, ___ F.3d ___, (5th Cir. June 10, 1999, No. 98-40353), 1999 WL 329709 at *3.